(No. 1471— ▮▮▮▮▮▮▮▮▮▮

GLENN R. DEERIN, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed May 9, 1929.*

GUY L. SMITH, for claimant.

OSCAR E. CARLSTROM, Attorney General; FRANK R. EAGLE-TON, Assistant Attorney General, for respondent.

Mr. CHIEF JUSTICE CLARITY delivered the opinion of the court:

This cause coming on to be heard and upon stipulations of the parties and entries of appearance and the testimony taken by the respective parties in this cause, the court finds that it has jurisdiction of the parties and the subject matter in the said cause that Glenn R. Deerin on December 16, 1928, while in the employ of the State of Illinois as tuberculosis inspector, in driving upon and along the hard road between Taylorville and Geneva in the performance of his duty as such inspector, suffered injuries as a result of an automobile accident as follows:

Loss of ten teeth, a scalp wound, a sprained shoulder, puncture of left leg below knee, two broken ribs and fracture of sternum.

The court finds that under the compensation act of the State of Illinois that the claimant paid out as a result of said accident the following items:

| | |
|---|---|
| Work done in replacing teeth | $193.00 |
| Doctor bill | 7.00 |
| X-Ray pictures | 14.00 |
| Other expense | 20.00 |
| Total | $234.00 |

And that under the Compensation Act he is entitled to compensation for the replacement of his teeth and the work done as above itemized in the sum of $234.00.

That he was receiving a salary of $225.00 per month, it is therefore recommended by the court that the claimant be allowed the sum of $234.00 for his expenses.